```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

MOZELLE ARRANT,                    :
                                   :
    Plaintiff,                    :
                                   :
v.                                 :         CIVIL ACTION 05-0073-M
                                   :
JO ANNE B. BARNHART,               :
                                   :
    Defendant.                    :

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Defendant Jo Anne B. Barnhart and against Plaintiff Mozelle Arrant.

DONE this 22nd day of August, 2005.

                                              s/BERT W. MILLING, JR.
                                              UNITED STATES MAGISTRATE JUDGE